IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA



FILED

JUN 17 2009

WILLIAM B. GUTHRIE
Clerk U.S. District Court
By_____
Deputy Clerk

Danny D. Hopper )
        Petitioner, )
)
vs. ) No. CIV 09-200-RAW
)
Justin Jones, Warden )
        Respondent. )

O R D E R

Now before the court is Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. It has come to the court's attention that Petitioner was convicted in **Delaware** County, Oklahoma, which is located within the territorial jurisdiction of the **NORTHERN** District of Oklahoma. Therefore, in the furtherance of justice, this matter may be more properly addressed in that district.

Accordingly, pursuant to 28 U.S.C. § 2241(d), Petitioner's application for a writ of habeas corpus is hereby **transferred** to the **NORTHERN** District of Oklahoma for all further proceedings.

**IT IS SO ORDERED** this __17__ day of __June__, 20_09_.

RONALD A. WHITE
UNITED STATES DISTRICT JUDGE